United States Bankruptcy Court
District of Maryland

In re:                                                              Case No. 19-15508-RAG
Megan E. Allen                                                      Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0416-1          User: smckenna              Page 1 of 1              Date Rcvd: Apr 24, 2019
                              Form ID: stint              Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 26, 2019.
db              +Megan E. Allen,    1508 Brewster Gate Road,    Crownsville, MD 21032-2223

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 26, 2019                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 24, 2019 at the address(es) listed below:
              John C. Schropp    jschropp@yvslaw.com,   pgomez@yvslaw.com,yvslawcmecf@gmail.com,
               wscalley@yvslaw.com,schroppjr39990@notify.bestcase.com,stevenslr39990@notify.bestcase.com
              Zvi  Guttman    zguttman@gmail.com,   zviguttman@outlook.com,MD55@ecfcbis.com
                                                                                             TOTAL: 2

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Baltimore

In re:　　Case No.: **19–15508 – RAG**　　Chapter: **7**

**Megan E. Allen**
Debtor

# NOTICE OF MISSING STATEMENT OF INTENT

| | |
|---|---|
| DOCUMENT: | **Voluntary Petition** |
| PROBLEM: | **The Statement of Intention is missing.** |
| CURE: | **The Statement of Intention shall be filed with the Court by the date below.**<br>**A copy of the Statement of Intention shall be served on the trustee and creditors named in the statement on or before the filing of the statement.** |

**The above deficiency must be cured by 5/24/19 , or on or before the date of the first meeting of the creditors, whichever is earlier.**

**Additional information for non−attorney filers is available at**
**http://www.mdb.uscourts.gov/content/no−attorney**

Dated: 4/24/19

　　　　　　　　　　　　　　　　　　　　　　Mark A. Neal, Clerk of Court
　　　　　　　　　　　　　　　　　　　　　　by Deputy Clerk, Shannon McKenna
　　　　　　　　　　　　　　　　　　　　　　301−344−3390

cc:　Debtor
　　　Attorney for Debtor − John C. Schropp

Form stint (rev. 03/2005)