**Fill in this information to identify your case:**

Debtor 1: **Megan E. Allen**
First Name   Middle Name   Last Name

Debtor 2: 
(Spouse if, filing)   First Name   Middle Name   Last Name

United States Bankruptcy Court for the: **DISTRICT OF MARYLAND**

Case number **19-15508**
(if known)

☐ Check if this is an amended filing

# Official Form 108
# Statement of Intention for Individuals Filing Under Chapter 7     12/15

**If you are an individual filing under chapter 7, you must fill out this form if:**
■ creditors have claims secured by your property, or
■ you have leased personal property and the lease has not expired.

You must file this form with the court within 30 days after you file your bankruptcy petition or by the date set for the meeting of creditors, whichever is earlier, unless the court extends the time for cause. You must also send copies to the creditors and lessors you list on the form

If two married people are filing together in a joint case, both are equally responsible for supplying correct information. Both debtors must sign and date the form.

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known).

### Part 1: List Your Creditors Who Have Secured Claims

1. **For any creditors that you listed in Part 1 of Schedule D: Creditors Who Have Claims Secured by Property (Official Form 106D), fill in the information below.**

| Identify the creditor and the property that is collateral | What do you intend to do with the property that secures a debt? | Did you claim the property as exempt on Schedule C? |
|---|---|---|
| Creditor's name: **Bayview Loan Servicing, LLC**<br>Description of property securing debt: **7798 NE Spanish Trail Court Boca Raton, FL 33487  Palm Beach County** | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement.*<br>■ Retain the property and [explain]:<br>**Debtor will retain and seek a modification of the loan.** | ☐ No<br>■ Yes |
| Creditor's name: **Internal Revenue Service**<br>Description of property securing debt: **7798 NE Spanish Trail Court Boca Raton, FL 33487  Palm Beach County** | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement.*<br>■ Retain the property and [explain]:<br>**Debtor will retain and seek a modification of the lien.** | ☐ No<br>■ Yes |
| Creditor's name: **Internal Revenue Service**<br>Description of property: **7798 NE Spanish Trail Court** | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement.* | ☐ No<br>■ Yes |

Official Form 108                   Statement of Intention for Individuals Filing Under Chapter 7                   page 1

| Debtor 1 | Megan E. Allen | Case number (if known) | 19-15508 |
|---|---|---|---|

| | | | |
|---|---|---|---|
| property securing debt: | Boca Raton, FL 33487  Palm Beach County | ■ Retain the property and [explain]:<br>  **Debtor will retain and seek a modification of the lien.** | |

| | | | |
|---|---|---|---|
| Creditor's name: | **Internal Revenue Service** | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement*.<br>■ Retain the property and [explain]:<br>  **Debtor will retain and seek a modification of the lien.** | ☐ No<br>■ Yes |
| Description of property securing debt: | **111 76th Street, Unit 105 Ocean City, MD 21842  Worcester County** | | |

| | | | |
|---|---|---|---|
| Creditor's name: | **Internal Revenue Service** | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement*.<br>■ Retain the property and [explain]:<br>  **Debtor will retain and seek a modification of the lien.** | ☐ No<br>■ Yes |
| Description of property securing debt: | **111 76th Street, Unit 105 Ocean City, MD 21842  Worcester County** | | |

| | | | |
|---|---|---|---|
| Creditor's name: | **Internal Revenue Service** | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement*.<br>■ Retain the property and [explain]:<br><br>  **Debtor will retain and seek a modification of the lien.** | ☐ No<br>■ Yes |
| Description of property securing debt: | **160 Channel Buoy Road Ocean City, MD 21842  Worcester County**<br>**Ownership:  Stephen Allen and Megan Allen, Tenants by the Entireties 50%; Patricia A. Shrader, Fee Simple 50%** | | |

| | | | |
|---|---|---|---|
| Creditor's name: | **Internal Revenue Service** | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement*.<br>■ Retain the property and [explain]:<br><br>  **Debtor will retain and seek a modification of the lien.** | ☐ No<br>■ Yes |
| Description of property securing debt: | **160 Channel Buoy Road Ocean City, MD 21842  Worcester County**<br>**Ownership:  Stephen Allen and Megan Allen, Tenants by the Entireties 50%; Patricia A. Shrader, Fee Simple 50%** | | |

| | | | |
|---|---|---|---|
| Creditor's name: | **Old Line Bank** | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement*. | ☐ No<br>■ Yes |
| Description of property | **160 Channel Buoy Road Ocean City, MD 21842  Worcester County**<br>**Ownership:  Stephen Allen and Megan Allen, Tenants by the Entireties 50%; Patricia A.** | | |

| Debtor 1 | Megan E. Allen | Case number (*if known*) | 19-15508 |
|---|---|---|---|

| property securing debt: | Shrader, Fee Simple 50% | ■ Retain the property and [explain]: **avoid lien using 11 U.S.C. § 522(f)** | |

| Creditor's name: | **Old Line Bank** | ☐ Surrender the property. <br> ☐ Retain the property and redeem it. <br> ☐ Retain the property and enter into a *Reaffirmation Agreement.* <br> ■ Retain the property and [explain]: <br><br> **avoid lien using 11 U.S.C. § 522(f)** | ☐ No <br> ■ Yes |
| Description of property securing debt: | **160 Channel Buoy Road Ocean City, MD 21842  Worcester County** <br> **Ownership: Stephen Allen and Megan Allen, Tenants by the Entireties 50%; Patricia A. Shrader, Fee Simple 50%** | | |

| Creditor's name: | **Old Line Bank** | ☐ Surrender the property. <br> ☐ Retain the property and redeem it. <br> ☐ Retain the property and enter into a *Reaffirmation Agreement.* <br> ■ Retain the property and [explain]: **avoid lien using 11 U.S.C. § 522(f)** | ☐ No <br> ■ Yes |
| Description of property securing debt: | **111 76th Street, Unit 105 Ocean City, MD 21842  Worcester County** | | |

| Creditor's name: | **Old Line Bank** | ☐ Surrender the property. <br> ☐ Retain the property and redeem it. <br> ☐ Retain the property and enter into a *Reaffirmation Agreement.* <br> ■ Retain the property and [explain]: **avoid lien using 11 U.S.C. § 522(f)** | ☐ No <br> ■ Yes |
| Description of property securing debt: | **111 76th Street, Unit 105 Ocean City, MD 21842  Worcester County** | | |

| Creditor's name: | **Patricia Shrader** | ☐ Surrender the property. <br> ☐ Retain the property and redeem it. <br> ☐ Retain the property and enter into a *Reaffirmation Agreement.* <br> ■ Retain the property and [explain]: <br><br> **Debtor will retain.** | ☐ No <br> ■ Yes |
| Description of property securing debt: | **160 Channel Buoy Road Ocean City, MD 21842  Worcester County** <br> **Ownership: Stephen Allen and Megan Allen, Tenants by the Entireties 50%; Patricia A. Shrader, Fee Simple 50%** | | |

| Creditor's name: | **Rushmore Loan Management Services** | ☐ Surrender the property. <br> ☐ Retain the property and redeem it. <br> ☐ Retain the property and enter into a *Reaffirmation Agreement.* <br> ■ Retain the property and [explain]: **Debtor will retain and seek a modification of the loan.** | ☐ No <br> ■ Yes |
| Description of property securing debt: | **111 76th Street, Unit 105 Ocean City, MD 21842  Worcester County** | | |

| Creditor's | **Specialized Loan Service** | ☐ Surrender the property. | ☐ No |

| Debtor 1 | Megan E. Allen | | Case number (*if known*) | 19-15508 |

name:

☐ Retain the property and redeem it.    ■ Yes

Description of property securing debt: **7798 NE Spanish Trail Court Boca Raton, FL 33487  Palm Beach County**

☐ Retain the property and enter into a *Reaffirmation Agreement.*

■ Retain the property and [explain]:
**Debtor will retain and seeka modification of the loan.**

---

Creditor's name: **SunTrust**

☐ Surrender the property.    ☐ No
☐ Retain the property and redeem it.
☐ Retain the property and enter into a *Reaffirmation Agreement.*    ■ Yes
■ Retain the property and [explain]:

Description of property securing debt: **160 Channel Buoy Road Ocean City, MD 21842  Worcester County
Ownership:  Stephen Allen and Megan Allen, Tenants by the Entireties 50%; Patricia A. Shrader, Fee Simple 50%**

**Debtor will retain and seek a modification of the loan.**

---

Creditor's name: **Toyota Financial Services**

☐ Surrender the property.    ☐ No
☐ Retain the property and redeem it.
■ Retain the property and enter into a *Reaffirmation Agreement.*    ■ Yes
☐ Retain the property and [explain]:

Description of property securing debt: **2016 Toyota 4Runner 45,000 miles
Location: 1508 Brewster Gate Road, Crownsville MD 21032**

---

### Part 2:  List Your Unexpired Personal Property Leases

For any unexpired personal property lease that you listed in Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G), fill in the information below. Do not list real estate leases. Unexpired leases are leases that are still in effect; the lease period has not yet ended. You may assume an unexpired personal property lease if the trustee does not assume it. 11 U.S.C. § 365(p)(2).

| **Describe your unexpired personal property leases** | **Will the lease be assumed?** |

Lessor's name: **James and Corina Greig**

☐ No
■ Yes

Description of leased Property: **Rental agreement - automatic yearly renewal - expires 2/28/2020**

---

### Part 3:  Sign Below

Under penalty of perjury, I declare that I have indicated my intention about any property of my estate that secures a debt and any personal property that is subject to an unexpired lease.

X **/s/ Megan E. Allen**                            X _____
**Megan E. Allen**                                        Signature of Debtor 2
Signature of Debtor 1

Date  **April 19, 2019**                               Date

---

Official Form 108          **Statement of Intention for Individuals Filing Under Chapter 7**          page 4

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy